The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TOM CHEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VERTICAL SCREEN, INC., a Delaware Corporation, Doing business as TRUESCREEN, INC.<br><br>　　　　Defendants. | Case No. 2:17-cv-00938-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO EXTEND INITIAL SCHEDULING DATES |

This matter having come before the Court on Defendants Vertical Screen, Inc. and Truescreen, Inc.'s **UNOPPOSED MOTION TO EXTEND INITIAL SCHEDULING DATES** (the "Motion") and the Court finding good cause, it is hereby **ORDERED** that the Motion is **GRANTED,** and the Initial Scheduling Dates set forth in the "Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" [ECF # 5] are hereby vacated. As needed, the Court will re-set the Initial Scheduling Dates following the Court's ruling on Defendants' pending Motion to Dismiss [ECF # 7].

**IT IS SO ORDERED.**

DATED: July 12, 2017.

　　　　　　　　　　　　　　　　　　THE HONORABLE JAMES L. ROBART
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1. Presented by:

2. /s/ Emily Cardenas
3. Emily Cardenas, WSBA #43180
   ecardenas@littler.com
4. LITTLER MENDELSON, P.C.
   One Union Square
5. 600 University Street, Suite 3200
   Seattle, WA 98101.3122
6. Phone:     206.623.3300
7. Fax:        206.447.6965

8. Attorney for Defendants
   VERTICAL SCREEN, INC.
9. and TRUESCREEN INC.
   (erroneously sued as Vertical Screen, Inc.
10. dba Truescreen, Inc.)

11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION
TO EXTEND INITIAL SCHEDULING DATES - 2
Case No. 2:17-cv-00938-JLR

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington. I am over the age of eighteen years and not a party to the within-entitled action. My business address is One Union Square, 600 University Street, Suite 3200, Seattle, Washington 98101. I hereby certify that on July 12, 2017, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Plaintiff in Pro Se**

TomChen
tomchen22@gmail.com
18878 108th Lane SE
Renton, WA 98055
Phone: (425) 572-6700
Fax: (615) 858-9568

I certify under penalty of perjury under the laws of the United States and of the State of Washington that the foregoing is true and correct.

Dated this 12th day of July, 2017.

/s/ *Sally Swearinger*
Sally Swearinger
sswearinger@littler.com
**LITTLER MENDELSON, P.C.**

Firmwide:148746175.1 062957.1010

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION
TO EXTEND INITIAL SCHEDULING DATES - 3
Case No. 2:17-cv-00938-JLR